UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ERICA HAWKINS,

*Plaintiff,*

*v.* Case No: 2:26-cv-384

CITY OF KENOSHA, ET AL.,

*Defendants.*

---

**DECLARATION OF JACOB M. STROUP**

---

I, Jacob M. Stroup, declare and state that:

1. I am an attorney with Strang Bradley, LLC and one of the attorneys of record representing Plaintiff Erica Hawkins in the above-captioned case, and I make this declaration based on personal knowledge.

2. Exhibit A is a true and correct copy of defendants' August 10, 2026, offer of judgment under FED. R. CIV. P. 68.

3. Exhibit B is a true and correct copy of my August 17, 2026, email to counsel for the Defendants accepting the Rule 68 offer.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 17, 2026

/s/ Jacob M. Stroup
Jacob M. Stroup