UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ERICA HAWKINS,

Plaintiff,

v.

Case No. 2:26-cv-384

CITY OF KENOSHA,
MICHAEL O'NEIL,
MATTHEW LOVELL,
ANTHONY BECK,
JUSTIN LABATORE, and
CADEN KREUSER,

Defendants.

---

**OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, the defendant, City of Kenosha, on behalf of all named defendants, offers to allow judgment to be taken against the City of Kenosha in the total sum of Thirty-Five Thousand and No/100ths Dollars ($35,000.00), which expressly includes *all* costs, attorney's fees and any and all other items of damage or expense that the plaintiff may seek to recover in this lawsuit against all remaining defendants. This offer includes all liens.

Dated this 10th day of August, 2026.

KASDORF, LEWIS & SWIETLIK, S.C.,
Attorneys for the Defendants.

By: *s/ Domonic A. Burke*
Colin J. Casper
State Bar No. 1084706
Domonic A. Burke
State Bar No. 1104690

P. O. ADDRESS:
One Park Plaza – 5th Floor
11270 West Park Place
Milwaukee, WI 53224
(414) 577-4000
FAX: (414) 577-4400
ccasper@kasdorf.com
dburke@kasdorf.com