**Subject:** Re: Hawkins v. Kenosha, et al.
**Date:** Monday, August 17, 2026 at 8:52:28 AM Central Daylight Time
**From:** Jacob Stroup
**To:** Burke, Domonic A., Rick Resch, John Bradley
**CC:** Colin Casper, Kate McCarthy

Good morning Domonic,

Ms. Hawkins accepts your Rule 68 offer. This is written notice of her acceptance. We will file the documents with the Court. Feel free to call me with any questions.

Thanks,
Jake

**Jacob M. Stroup**
**Strang Bradley LLC**
613 Williamson St., Suite 204
Madison, WI 53703
Phone: (608) 535-1550
Fax: (608) 406-2602
Jacob@StrangBradley.com

---

**From:** Burke, Domonic A. <dburke@kasdorf.com>
**Date:** Monday, August 10, 2026 at 9:26 PM
**To:** Rick Resch <Rick@strangbradley.com>; Jacob Stroup <Jacob@strangbradley.com>; John Bradley <john@strangbradley.com>
**Cc:** Colin Casper <ccasper@kasdorf.com>
**Subject:** Hawkins v. Kenosha, et al.

Please see attached.

KASDORF
**DOMONIC A. BURKE** | ATTORNEY

One Park Plaza
11270 West Park Place, Ste. 500
Milwaukee, WI 53224
T: 414.577.4041
F: 414.577.4400
WWW.KASDORF.COM