UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ERICA HAWKINS,

Plaintiff,

v.

CITY OF KENOSHA, MICHAEL O'NEIL,
MATTHEW LOVELL, ANTHONY BECK,
JUSTIN LABATORE and CADEN KREUSER,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 26-cv-384-pp

---

☐ **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑ **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

**THE COURT ORDERS AND ADJUDGES** that judgment is entered in favor of the plaintiff and against the defendants in the amount of $35,000, which includes costs and attorney fees.

**THE COURT ORDERS** that this case is **DISMISSED**.

Approved and dated in Milwaukee, Wisconsin this 17th day of August, 2026.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**

LINDA M. KLEMM
Clerk of Court

s/ *Cary Biskupic*
(by) Deputy Clerk