UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ERICA HAWKINS,

Plaintiff,

v.

Case No. 2:26-cv-384

CITY OF KENOSHA,
MICHAEL O'NEIL,
MATTHEW LOVELL,
ANTHONY BECK,
JUSTIN LABATORE, and
CADEN KREUSER,

Defendants.

---

**SATISFACTION OF JUDGMENT**

---

The Plaintiff, Erica Hawkins, by her attorneys, Strang Bradley, LLC, hereby acknowledges receipt of payment in satisfaction of the judgment entered in her favor and against the Defendants on August 17, 2026 (Dkt. 19). The Plaintiff acknowledges that the judgment is fully satisfied and hereby releases and discharges said judgment against all Defendants.

Dated: 30 September 2026,

STRANG BRADLEY, LLC,
*Attorneys for Plaintiff*


/s/ Jacob M. Stroup
John H. Bradley
Wisconsin Bar No. 1053124
R. Rick Resch
Wisconsin Bar No. 1117722
Jacob M. Stroup
Wisconsin Bar No. 1089159
STRANG BRADLEY, LLC
613 Williamson St., Ste. 204

Madison, WI 53703
(608) 535-1550
John@StrangBradley.com
Rick@StrangBradley.com
Jacob@StrangBradley.com